Hassett & George, P.C.
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Axis Neuromonitoring, LLC<br><br>Petitioner,<br><br>v.<br><br>Aetna Inc.; Kelsey Seybold Medical Group, PLLC<br><br>Respondents. | Civil Action No.<br><br>**COMPLAINT AND PETITION TO CONFIRM ARBITRATION AWARD AND ENTRY OF JUDGMENT** |

Petitioner, Axis Neuromonitoring, LLC, by and through its attorneys, Hassett & George, P.C., submits this Complaint and Petition against Aetna Inc. and Kelsey Seybold Medical Group, PLLC, stating as follows:

## PRELIMINARY STATEMENT

1. This case arises from Respondents' failure to comply with arbitration award issued under the Federal No Surprises Act.
2. Petitioner, a medical provider specializing in intraoperative monitoring services, has obtained an arbitration award confirming its right to additional reimbursement for services rendered to Respondents' insured.

3. Despite these clear determinations, Respondents have not made the required payments, necessitating this action to enforce the award and ensure compliance with the law.

4. Petitioner has made every reasonable effort to resolve these disputes outside of litigation, including submitting formal demands, engaging in direct outreach, and seeking assistance from regulatory authorities.

5. However, Respondents' continued nonpayment has left Petitioner with no alternative but to seek judicial intervention.

6. Petitioner respectfully requests that this Court enter an order confirming the arbitration award pursuant to 9 U.S.C. § 9, as well as granting appropriate relief, including payment of all outstanding amounts, statutory interest, attorneys' fees, and any other relief the Court deems just and proper.

## PARTIES, JURISDICTION, AND VENUE

7. Petitioner is a medical practice specializing in intraoperative monitoring services, with its principal place of business at 1819 Jay Ell Drive Richardson, TX 75081.

8. Upon information and belief, Respondent Aetna Inc. is engaged in providing and/or administering healthcare plans or policies in various states, including Connecticut. These activities include offering health plans like the Aetna KelseyCare plan, where Aetna provides the insurance coverage and Respondent

Kelsey Seybold Medical Group, PLLC delivers the medical care through its network of doctors and clinics.

9. Jurisdiction is proper in the Federal Court for the District of Connecticut as this action is brought pursuant to several federal statutes, including the No Surprises Act, 42 U.S.C. §§ 300gg-111, et seq, and pursuant to 9 U.S.C. § 9 regarding confirmation of arbitration awards.

10. Venue is proper under 28 U.S.C. § 1391 because Respondent's principal place of business is located in this District.

## FACTUAL BACKGROUND

**Petitioner's Efforts to Resolve Payment Disputes Prior to Arbitration**

11. Petitioner provides **medically necessary** intraoperative monitoring services to patient insured under health plans administered by Respondents.

12. After rendering these services, Petitioner submits claims for reimbursement in accordance with standard industry procedures.

13. Respondents have underpaid Petitioner for these services, issuing payments that do not reflect fair and reasonable reimbursement.

14. In an effort to resolve these disputes without litigation, Petitioner has engaged in the open negotiation process required under the Federal No Surprises Act, providing detailed documentation and attempting to reach an agreement.

15. However, Respondents have either failed to engage in meaningful negotiations or have not provided appropriate adjustments, requiring Petitioner to initiate arbitration under the Independent Dispute Resolution (IDR) process.

**Arbitration Awards Issued in Petitioner's Favor**

16. Through the arbitration process, independent dispute resolution entities have reviewed the claims and consistently found in Petitioner's favor, determining that additional reimbursement is warranted.

17. These awards, identified as IDR Reference Number DISP-1386181, and attached hereto as Exhibit 1, confirm that Respondents' initial payments were insufficient and direct Respondents to issue the required adjustments.

18. Despite these legally binding determinations, Respondents have not consistently adhered to its payment obligations, creating financial strain for Petitioner and undermining the effectiveness of the arbitration process.

**Post-Arbitration Efforts to Obtain Compliance**

19. Following the issuance of arbitration award, Petitioner has taken substantial steps to facilitate compliance, including:

    a. Sending formal demand letters outlining Respondents' obligations under federal law;

    b. Direct outreach through phone calls, emails, and provider portals to discuss payment;

c. Filing regulatory complaints with the Centers for Medicare & Medicaid Services (CMS) in an attempt to resolve the matter administratively.

20. Despite these efforts, Respondents have not provided payment as required, leaving Petitioner with no choice but to pursue judicial enforcement.

## CAUSES OF ACTION

### COUNT ONE – CONFIRMATION OF ARBITRATION AWARD (9 U.S.C. § 9)

21. Petitioner incorporates the allegations set forth above.

22. Under 9 U.S.C. § 9, a party to arbitration may apply for an order confirming an arbitration award.

23. Petitioner has obtained binding arbitration award requiring additional reimbursement.

24. Despite clear legal obligations, Respondents have not fulfilled their payment responsibilities.

25. Petitioner seeks an order confirming the arbitration award and directing Respondents to issue payment.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

1. Confirm the arbitration awards;
2. Enter judgment against Respondents for all unpaid amounts;
3. Award statutory damages, penalties, and attorneys' fees; and

4. Grant any further relief deemed just and appropriate.

Dated: July 1, 2025

HASSETT & GEORGE, P.C.
Attorney for Petitioner

By: ______________________
Gregory M. Gagne, Esq. / CT27061
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
860-651-1333
ggagne@hgesq.com