Hassett & George, P.C.
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Axis Neuromonitoring, LLC<br><br>Petitioner,<br><br>v.<br><br>Aetna Inc.; Kelsey Seybold Medical Group, PLLC<br><br>Respondents. | Civil Action No.<br><br>**ORDER CONFIRMING ARBITRATION AWARD** |

**THIS MATTER** having been opened to the Court by Hassett & George, P.C., attorneys for Petitioner pursuant to a Motion to Confirm an Arbitration Award; this Court having fully considered the matter; and for good and sufficient cause shown;

**IT IS** on this ______________ day of ______________, 2025

**ORDERED** that the arbitration award issued on July 08, 2024, in the amount of $8,800.00 for CPT 95940 shall be hereby CONFIRMED; and it is further

**ORDERED** that Respondents shall make payment to Petitioner in the total amount of $8,480.50, which is the remainder of the unpaid award, as directed by the Arbitrator.

______________________________
Judge, United States District Court