Hassett & George, P.C.
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Axis Neuromonitoring, LLC<br><br>Petitioner,<br><br>v.<br><br>Aetna Inc.; Kelsey Seybold Medical Group, PLLC<br><br>Respondents. | Civil Action No.<br><br>**NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD AND ENTRY OF JUDGMENT** |

To: Aetna Inc.
151 Farmington Avenue,
Hartford, CT, 06156

C T Corporation System
357 East Center Street, Ste. 2 J,
Manchester, CT, 06040-4471

Kelsey Seybold Medical Group, PLLC
1511 Shadow Creek Parkway
Pearland, TX 77584

C T Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136

**PLEASE TAKE NOTICE** that, on September 08, at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Petitioner

shall move for an Order Confirming Arbitration Award and Entry of Judgment at the United States Courthouse, the District of Connecticut.

**PLEASE TAKE FURTHER NOTICE** that counsel shall rely upon the attached Petition to Confirm Arbitration Award, **which includes the Arbitration Awards at issue as an exhibit**, and the Entry of Judgment, Statement that No Brief is Necessary, Proposed Form of Order, and Proposed Form of Judgment.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if this application is opposed.

Dated: July 1, 2025

HASSETT & GEORGE, P.C.
Attorney for Petitioner

By: _/s/ Gregory M. Gagne__________
Gregory M. Gagne, Esq. / CT27061
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
860-651-1333
ggagne@hgesq.com