Hassett & George, P.C.
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Axis Neuromonitoring, LLC<br><br>Petitioner,<br><br>v.<br><br>Aetna Inc.; Kelsey Seybold Medical Group, PLLC<br><br>Respondents. | Civil Action No.<br><br><br>**JUDGMENT** |

**THIS MATTER** having been opened to the Court by Hassett & George, P.C., attorneys for Petitioner, pursuant to a Motion to Confirm the Arbitration Awards of Federal Hearings and Appeals Services, Inc., dated July 08, 2024; this Court having fully and thoroughly considered the matter, along with any pleadings, motions, and oral arguments of counsel; and a decision having been duly rendered by this Court considered the matter; and for good and sufficient cause shown;

**IT IS** on this _____________ day of ____________, 2025,

**ORDERED AND ADJUDGED** that judgment be entered in favor of Petitioner and against Respondents Aetna Inc. and Kelsey Seybold Medical Group, PLLC as follows:

(1) Respondents shall make payment to the Petitioner of the remaining unpaid Arbitration Award in the amount of $8,480.50, as directed by the Arbitrator.

______________________________

Judge, United States District Court