Hassett & George, P.C.
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Axis Neuromonitoring, LLC<br><br>Petitioner,<br><br>v.<br><br>Aetna Inc.; Kelsey Seybold Medical Group, PLLC<br><br>Respondents. | Civil Action No.<br><br>**STATEMENT THAT NO BRIEF IS NECESSARY** |

Petitioner has not filed a brief in support of the Petition to Confirm Arbitration Award and Entry of Judgment because there does not appear to be any legal or factual issue in dispute, and it does not appear that there is any question that the arbitration award at issue in this case may be confirmed and judgment entered.

Dated: July 1, 2025

HASSETT & GEORGE, P.C.
Attorney for Petitioner

By: _/s/ Gregory M. Gagne________
Gregory M. Gagne, Esq. / CT27061
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070
860-651-1333
ggagne@hgesq.com